

**Office Of The Clerk**

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

January 15, 2020

Docket Number: 2020 - KW - 0021

State Of Louisiana in the Interest of G.T.K., Jr.
versus

TO:  Antonio Le Mon
512 East Boston Street
Covington, LA 70433

Warren LeDoux Montgomery
701 N. Columbia Street
Covington, LA 70433
wmontgomery@22da.com

Whitney Germany
701 N. Columbia Street
Covington, LA 70433

Hon. Scott Gardner
701 N. Columbina, Room 31:
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0021

IN THE INTEREST OF  G.T.K.,
JR.

JAN 15 2020

In Re:    G.T.K., Jr., applying for supervisory writs, Juvenile
          Court, Parish of St. Tammany, No. JJ-0224-2019.

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT